# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LORENZO GULLEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2740
_____

April 24, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.